No. 82–6757. FRIEDMAN v. OHIO DEPARTMENT OF HEALTH. Sup. Ct. Ohio. Certiorari denied.

No. 82–6759. SALINAS ET AL. v. BRIER, POLICE CHIEF OF THE CITY OF MILWAUKEE. C. A. 7th Cir. Certiorari denied. ■

No. 82–6760. RUDOLPH v. LOCKE ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–6761. LEE v. DEPARTMENT OF PERSONNEL OF THE CITY OF NEW YORK ET AL. Ct. App. N. Y. Certiorari denied.

No. 82–6766. PAUL v. HENDERSON, SUPERINTENDENT OF AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 82–6767. CHRISTENSON v. HEADLEY, SUPERINTENDENT OF BEDFORD HILLS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 82–6770. BROWN v. MARSHALL. C. A. 6th Cir. Certiorari denied.

No. 82–6772. GUY v. UNITED STATES POSTAL SERVICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–6774. BRODNEX v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 82–6776. WEAVER v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 82–6779. HENRY v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 82–6781. SIMMONS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 82–6782. VUKSTA v. BETHLEHEM STEEL CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–6784. STOKES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.